The People of the State of New York, Respondent, *v.* Paul B. Jones, Appellant.

Argued April 14, 1953; decided May 22, 1953.

*Julius A. Itzkowitz* for appellant.

*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.